UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN FLOWERS,<br><br>  Plaintiff,<br><br>  v.<br><br>WESTINGHOUSE ELECTRIC COMPANY, LLC, d/b/a WESTINGHOUSE ELECTRIC COMPANY, a Delaware corporation,<br><br>  Defendant. | NO. CV-10-5122-RHW<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (ECF No. 13). The parties ask the Court to dismiss the above-captioned case with prejudice and without fees and costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice (ECF No. 13) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without fees and costs to either party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and close the file.

**DATED** this 16th day of December, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2010\Flowers\stip.wpd

**ORDER GRANTING THE PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE ~ 1**